IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION Civ. No. 1:22-cv-00091-KDB

| | |
|---|---|
| ANGELA LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Upon stipulation of the parties and Plaintiff's Motion for Attorneys' Fees, it is hereby ordered that Defendant pay Plaintiff $4,500.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. No. 17, 19). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, Esq., and mailed to P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

    **SO ORDERED**

Signed: April 17, 2023

Kenneth D. Bell
United States District Judge